# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 28, 2025
Lyle W. Cayce
Clerk

No. 25-50199

Spillman Ranch Homes, L.P.,

*Plaintiff—Appellee*,

versus

Mischa Adorare,

*Defendant—Appellant*.

___

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-171

___

## ON PETITION FOR REHEARING EN BANC

Before Dennis, Engelhardt, and Wilson, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.

A True Copy
Certified order issued Nov 04, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit